**Barbara BENSON, Plaintiff–Appellant,**

v.

**NYNEX, INC., Defendant–Appellee.**

**Docket No. 01–7751.**

United States Court of Appeals,
Second Circuit.

April 24, 2002.

Rosemary Carroll, Carroll & Friess, New York, NY, for Appellant.

Lon S. Bannett, New York, NY, for Appellee.

Present OAKES, JACOBS, and CALABRESI, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

Barbara Benson appeals the district court's dismissal of her complaint against NYNEX, Inc. (Knapp., *J.*). We affirm for substantially the reasons stated in Judge Knapp's Memorandum and Order. *See*

*Benson v. NYNEX, Inc.,* 97–Cv–2168 (WK) (S.D.N.Y. May 29, 2001).